IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL VERDETTO and DEBORAH VERDETTO, | |
| Plaintiffs, | CIVIL ACTION NO. 3:10-CV-1917 |
| v. | (JUDGE CAPUTO) |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

## ORDER

**NOW**, this 6th day of March, 2012, **IT IS HEREBY ORDERED** that

Plaintiffs' Motion for Reconsideration (Doc. 37) is **DENIED**.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge